Date: 05/14/2021      Judge: Hilton           Reporter: J. Egal
Time: 10:00 am to 10:14 am

COMMONWEALTH OF VIRGINIA

       Vs.

| Alejandro Amaya | 1:21-cr-00091 |
|---|---|
| Defendant's Name | Case Number |

| Jonathan Fahey/Travis Tull | Kyle Manikas/Kendall Burchard/Michelle Kallen |
|---|---|
| Counsel for Defendant | Counsel for Plaintiff |

Matter called for:

( ) Motions      ( ) Setting Trial Date      ( ) Change of Plea Hrg.      ( ) Rule 35
( ) Arraignment      ( ) Appeal from USMC      ( ) Sentencing      ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.      ( ) Pre-Indictment Plea      (✓) Other: Status Conference

Defendant appeared:      (✓) in person      ( ) failed to appear
     (✓) with Counsel      ( ) without counsel      ( ) through counsel

Status Conference Held. Motion Hearing set for 08/23/2021 at 10:00 am. Parties to submit an agreed proposed scheduling order for the motions to dismiss. Defendant is released on a PR Bond w/Conditions.

Bond Set at: $      ( ) Unsecured      ( ) Surety      ( ) Personal Recognizance
( ) Release Order Entered      ( ) Deft. Remanded      ( ) Deft. Released on Bond      (✓) Deft. Continued on Bond

Defendant is: ( ) In Custody      ( ) Summons Issued      (✓) On Bond      ( ) Warrant Issued      ( ) 1st appearance